CENTRAL HANOVER BANK AND TRUST COMPANY, ETC.,
GEORGE CHEW ATKINS AND JOHN NORTON ATKINS,
AS EXECUTORS UNDER THE LAST WILL AND TESTA-
MENT OF GEORGE W. E. ATKINS, DECEASED, AND
GEORGE CHEW ATKINS AND JOHN NORTON ATKINS,
INDIVIDUALLY, PROSECUTORS, v. J. H. THAYER MAR-
TIN, STATE TAX COMMISSIONER, LUTHER A. CAMP-
BELL, ORDINARY, AND THOMAS A. MATHIS, REGISTER
OF THE PREROGATIVE COURT, RESPONDENTS.

Argued October 7, 1941—Decided January 5, 1942.

Before Justices BODINE, PERSKIE and PORTER.

For the prosecutors, *Child, Riker, Marsh & Shipman*
(*Theodore McC. Marsh*).

For the respondents, *David T. Wilentz* and *William A.
Moore*.

PER CURIAM.

The facts in this case have been carefully examined, as
well as the argument of counsel. The opinion of the learned
Vice-Chancellor reported in 129 *N. J. Eq.* 186, is a complete
refutation of every argument made.

The tax, as assessed, will be affirmed.